## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 3 02 CV 620 (MRK) |
| | : | |
| MTD PRODUCTS, INC. | : | NOVEMBER 4, 2003 |

### <u>MOTION TO COMPEL PAYMENT OF EXPERT FEES</u>

Pursuant to F.R.Civ.P. 26(b)(4)(C), the plaintiff, Hemchandra Shertukde, hereby moves

this Court for an order requiring the defendant, MTD Products, Inc., to pay plaintiff's expert,

Leslie Wilder, the amount of $2,112.00 prior to his deposition testimony.  Mr. Wilder, P.E.,

requires prepayment of his fee prior to his deposition and the defendant is unwilling to pay this

fee in advance.

A memorandum of law in support of this motion is submitted herewith.

PLAINTIFF:  Hemchandra Shertukde

By _____
      Marc H. Vidone
      Federal Bar #ct22741
      Sack, Spector & Karsten
      836 Farmington Avenue
      West Hartford, CT  06119
      (203) 233-8251
      mvidone@sackspec.com
      His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this $\underline{4}^{\underline{th}}$ day of November, 2003, to the following counsel of record:

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

David W. Herrington, Esq.
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Cleveland, OH  44131-2302

Marc H. Vidone

2