UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE | : | CIVIL ACTION |
| VS. | : | NO. 3:02CV620 MRK |
| MTD PRODUCTS, INC. | : | OCTOBER 22, 2003 |

### STIPULATION FOR PROTECTIVE ORDER

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties to this action that the protective order attached hereto shall govern the proceedings in this action.

PLAINTIFF
HEMCHANDRA SHERTUKDE

By_____
Gerald S. Sack
Federal Bar #ct05279
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
gsack@sackspec.com
His Attorney

DEFENDANT,
MTD PRODUCTS, INC.

By_____
John J. Bogdanski
Federal Bar #ct06217
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860)249-1361

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this 5th day of October, 2003 to the following counsel of record:

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
860/249-1361 (For MTD)

David W. Herrington, Esq.
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Cleveland, OH 44131-2302
(For MTD)

_____
Gerald S. Sack

2