NTC-withdraw

FILED
Nov 19  2 15 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE | : | CIVIL ACTION |
| VS. | : | NO. 3:02CV620 MRK |
| MTD PRODUCTS, INC. | : | NOVEMBER 17, 2003 |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S
### MOTION TO COMPEL PAYMENT OF EXPERT FEES

The plaintiff, Hemchandra Shertukde, hereby withdrawals his Motion to Compel Payment of Expert Fees dated November 4, 2003. This issue has been resolved per agreement with Attorney Bogdanski.

PLAINTIFF
Hemchandra Shertukde

By _____
Marc H. Vidone
Federal Bar #ct22741
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
(203) 233-8251
gsack@sackspec.com
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this __18th__ day of November 2003, to the following counsel of record:

John J. Bogdanski, Esq.
~~Howd & Ludorf~~
65 Wethersfield Avenue
Hartford, CT 06114
860/249-1361 (For MTD)

David W. Herrington, Esq.
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Cleveland, OH 44131-2302
(For MTD)

_____
Marc H. Vidone

Clerk, United States District Court
141 Church Street
New Haven, CT 06510

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776