UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday December 8, 2003
11:30 a.m.

CASE NO. 3:02cv620 MRK   **Shertukde v MTD Products**

John J. Bogdanski
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

David W. Herrington
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Gerald S. Sack
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

Marc H. Vidone
Sack, Spector & Karsten
836 Farmington Ave., #221
West Hartford, CT 06119

**STATUS CONFERENCE HELD**

DATE: 12/8/03

14 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK