Case 3:02-cv-00620-MRK    Document 34    Filed 01/29/2004    Page 1 of 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV620(MRK) |
| | : | |
| v. | : | |
| | : | |
| MTD PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE**

The parties are referred to Parajudicial Officer Raymond B. Green for a settlement conference to be held Wednesday, February 4, 2004 at 10:00 a.m. See attached calendar. (Please note: PJO Green's conference will be held at the United States District Court, 450 Main Street, Sixth Floor, Room 604, Hartford, CT 06103.)

IT IS SO ORDERED.

/s/          Mark R. Kravitz
                  U.S.D.J.

Dated at New Haven, Connecticut: <u>January 28, 2004</u>.

```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

                   Settlement Conference Calendar

            Honorable Raymond Green, Parajudicial Officer
                             U.S.D.C.
                          450 Main Street
                           Hartford, CT

                      Room 604, Sixth Floor

                   Wednesday, February 4, 2004
                            10:00 a.m.
```

NO LATER THAN 72 HOURS PRIOR TO THE CONFERENCE, EACH COUNSEL SHALL SUBMIT A STATUS REPORT TO <u>Raymond B. Green, c/o Day Berry & Howard, 2500 CityPlace, Hartford, CT</u>, WITH SERVICE ON COUNSEL OF RECORD.  THIS REPORT SHALL INCLUDE:

1.   SUMMARY OF THE FACTUAL BASIS FOR ALL AFFIRMATIVE CLAIMS MADE BY THAT PARTY;
2.   THE PROGRESS OF THE CASE;
3.   PROPOSED INCREMENTAL DISCOVERY PLAN;
4.   EXPECTED LENGTH OF THE TRIAL;
5.   PROSPECTS FOR SETTLEMENT, OR USE OF RULE 36; AND
6.   DAMAGES ESTIMATES OR LIMITATIONS.

NO EXTENSIONS OF TIME WILL BE GRANTED, UNLESS IN WRITING AND APPROVED BY THE JUDGE.

PARTIES ARE REQUIRED TO ATTEND UNLESS PERMISSION FOR ALTERNATIVES TO PERSONAL ATTENDANCE IS REQUESTED AND GRANTED BY THE COURT.

CASE NO. **3:02CV620    Shertukde v. MTD Products, Inc.**

Gerald S. Sack
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544
860-233-8251

Marc H. Vidone
Sack, Spector & Karsten
836 Farmington Ave., #221
West Hartford, CT 06119
860-233-8251

David W. Herrington
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

John J. Bogdanski
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK