

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 3:02CV620 MRK |
| | : | |
| MTD PRODUCTS, INC. | : | FEBRUARY 13, 2004 |

### MOTION FOR ENLARGEMENT OF TIME RE: DISCOVERY DEADLINES

Plaintiff moves that the time by which he is to take the deposition of defendant's expert be enlarged to April 1, 2004. Plaintiff's counsel needs additional time to review defendant's expert's report and to coordinate scheduling of the deposition in Cleveland, Ohio. A recent mediation with Judge Raymond Green has proved unsuccessful.

Attorney John Bogdanski, individually and on behalf of Attorney Davis Herrington, has declined to agree to any extensions.

This is the fourth request for an enlargement of the discovery deadlines.

PLAINTIFF: Hemchandra Shertukde

By_____
Gerald S. Sack
Federal Bar #ct05279
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
gsack@sackspec.com
His Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this __13th__ day of February, 2004, to the following counsel of record:

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

David W. Herrington, Esq.
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Cleveland, OH 44131-2302

_____
Gerald S. Sack