UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Hemchandra Shertukde, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV620(MRK) |
| | : | |
| v. | : | |
| | : | |
| MTD Products, Inc., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion For Enlargement Of Time Re: Discovery Deadlines [doc. #35], dated February 13, 2004, is hereby **DENIED**. The last scheduling order [doc. #31] indicated that any further extensions of deadlines were unlikely to be granted. This is the fourth request for an extension of time.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 18, 2004.