FILED

Mar 4  3 23 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE | : | CIVIL ACTION |
| | : | NO. 3:02-cv-00620-MRK |
| VS. | : | |
| | : | |
| MTD PRODUCTS, INC. | : | MARCH 3, 2004 |

## PLAINTIFF'S STATUS REPORT

**A.   Nature of the Case**

Sometime prior to February 6, 2001, plaintiff Hemchandra Shertukde purchased a Yard-Man snow thrower which was manufactured, distributed and/or sold by defendant MTD Products, Inc. On February 6, 2001, the plaintiff was in the process of using the snow thrower when the chute clogged with snow. While the engine of the snow thrower was on, but the auger was not moving, the plaintiff put his right hand in the chute to unclog the snow, and the impeller blade caused the amputation of his right ring finger at the level of the middle phalanx and also caused an open distal phalanx fracture with nail bed injury of the right small finger. See key medical records and plaintiff's Schedule of Special Damages, attached.

The plaintiff's demand is $50,000.00. See attached breakdown of plaintiff's expenses to date.

**Pending Motions**

None.

**Jury/Court Trial**

This matter will be tried to a jury.

**B.     Discovery**

**Completion of Discovery**

The only remaining item is the deposition of defendant's expert witness, previously scheduled by plaintiff but cancelled by defendant.

**C.     Dispositive Motions**

**Anticipated Dispositive Motions**

None by plaintiff; unknown at this time for defendant.

**D.     Settlement**

**Last Settlement Conference**

February 3, 2004 with Parajudicial Officer Raymond Green. Follow-up efforts are ongoing in an attempt to resolve the claim.

**Do the parties believe a settlement conference would be beneficial at this time?**

>No, given the above.

E.  **Trial Preparation**

**Trial Ready**

>The case will be ready for trial by June 1, 2004, unless a dispositive motion is pending.

**Additional Preparation**

>None.

**Additional Pleadings**

>None anticipated by plaintiff.

**Filing of Joint Trial Memorandum**

>The Joint Trial Memorandum will be filed by May 1, 2004, unless a dispositive motion has been filed, in which case thirty days after a ruling on the dispositive motion.

PLAINTIFF: Hemchandra Shertukde

By_____
Gerald S. Sack (#ct05279)
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this 3rd day of March, 2004, to the following counsel of record:

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

David W. Herrington, Esq.
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Cleveland, OH 44131-2302

_____
Gerald S. Sack