UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEMCHANDRA SHERTUKDE | : | NO.: 3:02CV620 (MRK) |
| v. | : | |
| MTD PRODUCTS, INC. | : | MARCH 18, 2004 |

**DEFENDANT'S STATUS REPORT**

A.  **Nature of the Case:**

The plaintiff Hemchandra Shertukde, a Ph.D. and a Professor of Engineering at the University of Hartford, was injured when he placed his hand into the discharge chute of a Yard-Man snow thrower while the engine was running. The snow thrower was manufactured and distributed by the defendant MTD Products, Inc. in 1987. The plaintiff purchased the snow thrower new, and used it for fourteen years without any problems or incidents. On February 6, 2001, the plaintiff was using the snow thrower to clear fourteen inches of heavy, wet snow from his driveway when the discharge chute clogged with snow. On prior occasions, the plaintiff had always turned the engine off and used a stick to clear snow clogged in the discharge chute. On the day of the accident, the plaintiff did not use a stick to clear the clogged snow; rather, while the engine of the snow thrower was running, the plaintiff put his right hand into the

discharge chute and began to unclog the snow. The plaintiff claims that the impeller blade suddenly moved and caused the amputation of his right ring finger.

At the time of its manufacture in 1987, the snow thrower complied with all ANSI safety regulations. When the snow thrower was disassembled after the accident at a joint inspection with plaintiff's expert and defendant's expert, it was observed that the drive belts for the auger and the impeller were in an altered and misrouted condition. Because of this change in the condition of the product, plaintiff's engineering expert cannot provide an engineering explanation for how the impeller could have moved under the circumstances described by the plaintiff.

### Pending Motions

There are no pending motions.

### Jury/Court Trial

The parties have requested a jury trial

**B.    Discovery:**

Discovery is essentially complete, except for the telephone deposition of defendant's liability expert which is being scheduled.

**C.** **Dispositive Motions:**

The defendant intends to file a motion for summary judgment based on the substantial change in the condition of the product. The defendant also intends to file a motion *in limine* to limit or preclude the testimony of plaintiff's liability expert, Leslie Wilder, based on <u>Daubert</u>. Pursuant to the revised Scheduling Order, those dispositive motions will be filed by April 1, 2004.

**D.** **Settlement:**

The parties attended a settlement conference before Parajudicial Officer Raymond Green on February 3, 2004. Although substantial progress has been made toward settlement, the parties are still several thousand dollars apart. Settlement efforts are continuing.

**E.** **Trial Readiness:**

Pursuant to the revised Scheduling Order, the case is to be ready for trial by May 17, 2004, unless dispositive motions are pending. As set forth above, the defendant intends to file both a Motion for Summary Judgment and a Motion to Preclude or Limit the testimony of plaintiff's liability expert.

**Expected Length of Trial:**

Trial will take three to four days.

**F.     Filing of Joint Trial Memorandum**

Pursuant to the revised Scheduling Order, the Joint Trial Memorandum will be filed by June 3, 2004 unless a dispositive motion has been filed, in which case thirty days after a ruling on the dispositive motion.  As set forth above, the defendant intends to file both a Motion for Summary Judgment and a Motion to Preclude or Limit the testimony of plaintiff's liability expert.

DEFENDANT,
MTD PRODUCTS, INC.


By__ ___/s/ John J. Bogdanski__ _
  John J. Bogdanski
  ct06217
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  jbogdanski@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 18th day of March, 2004.

Gerald S. Sack, Esquire
Marc H. Vidone, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

David W. Herrington, Esquire
Wegman, Hessler, Vanderburg & O'Toole
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH  44131

                                                                   /s/ John J. Bogdanski
                                                                   John J. Bogdanski