UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday March 26, 2004
11:00 a.m.

CASE NO. **3:02cv620 MRK**    **Shertukde v MTD Products**

John J. Bogdanski
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361

David W. Herrington
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131
216-642-3342

**STATUS CONFERENCE HELD**

DATE: 3/26/04

15 Min

Gerald S. Sack
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544
860-233-8251

Marc H. Vidone
Sack, Spector & Karsten
836 Farmington Ave., #221
West Hartford, CT 06119
860-233-8251

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK