Exhibit D

SHERTUKDE



Photo No. H65



Photo No. H66

6/05/03