Exhibit E

SHERTUKDE



Photo No. H 85



Photo No. H 86

6/05/03