Exhibit G

## SACK, SPECTOR AND KARSTEN, LLP
### ATTORNEYS AT LAW

836 FARMINGTON AVENUE  
WEST HARTFORD, CONNECTICUT 06119-1544

(860) 233-8251  
FAX (860) 232-8736

May 14, 2002

RECEIVED BY

MAY 20 2002

John J. Bogdanski, Esquire  
Howd & Ludorf  
65 Wethersfield Avenue  
Hartford, CT 06114

Re: <u>Shertukde v. MTD Products, Inc.</u>

Dear Mr. Bogdanski:

We have checked with Mr. Shertukde. There has been no change in the condition of the snow thrower since the incident. However, the unit was serviced prior to this past winter by Mr. Shertukde's normal service representative, Jim Myers at Four Seasons Small Equipment, 7R Broad Hill Road, West Granby, CT 06090 (telephone: 653-1977). We have requested a copy of any maintenance and/or service records and will supply those upon receipt.

Very truly yours,

Gerald S. Sack

GSS:dgp