Exhibit H

**SHERTUKDE -V- MTD PRODUCTS - REKHA SHERTUKDE - 11/5/03**

**Page 1 to Page 89**

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT    06108-1533*
*Phone:   860-291-9191*
*FAX:    860-528-1972*

### Page 57

1 Q   Any other neighbors come that you know of?
2 A   No.
3 Q   What happened to the snow thrower after the
4 accident?
5 A   Snow thrower was there after the accident.
6 Q   Well, I think you told me that when you went to
7 the ambulance you saw the snow thrower was still there at
8 the end of the driveway?
9 A   Yeah.
10 Q   How did it move from that location?
11 A   I don't know who pushed it but it came to near
12 the house.
13 Q   Someone pushed it near the house?
14 A   Yeah. Must be one of my sons.
15 Q   How was the snow cleared from the driveway?
16 A   By hand.
17 Q   Who did that?
18 A   They made a path so that my car can come
19 inside, but I didn't have a car actually.
20 MR. VIDONE:   Who?
21 Q   Who?
22 A   My sons. They were at home. No school.
23 Q   So, your sons used shovels to clear the driveway?
24 A   Yeah.
25 Q   And someone, you are not sure who, pushed the snow

### Page 58

1 thrower back close to the house?
2 A   To the house, yeah.
3 Q   How long did it stay at that location?
4 A   How long did it stay at that location?
5 Q   Did somebody move it from there?
6 A   No. It was inside between the two cars.
7 Q   So, it was in the garage?
8 A   Yeah.
9 Q   How long did it stay inside the garage between the
10 two cars?
11 A   It was there all the time.
12 Q   Until when?
13 A   Until when?
14 Q   Is it there today?
15 A   Today? No. It is there in the hut.
16 Q   Who moved the snow thrower from the garage?
17 A   From the garage? It was there for many
18 months. Then when my husband was okay to push it, he
19 moved it.
20 Q   Did it snow again that winter?
21 A   It snowed, yes.
22 Q   Did anyone use the snow thrower again that year?
23 A   No.
24 Q   How did you clean the driveway?
25 A   We shovelled, all three of us.

### Page 59

1 Q   Is there a reason that no one used the snow
2 thrower?
3 A   No one used the snow thrower because no one
4 knew how to use the snow thrower and my daughter in
5 college said don't allow him to touch the snow thrower
6 and she kept on calling from there and saying don't let
7 him use it and we didn't want him to use it so we told
8 him not to touch it.
9 Q   So, as far as you knew no one used it again that
10 year?
11 A   No.
12 Q   I take it after your husband came home from the
13 hospital at some point in time he moved it from the garage
14 to the shed in the back yard?
15 A   Yeah. Long time after that when he was all
16 right.
17 Q   To your knowledge did your husband ever use the
18 snow thrower again at any time after the accident?
19 A   No, he didn't. I didn't see him using it.
20 Q   Do you know if he used it sometime when you
21 weren't around?
22 A   I would come to know because it would be there
23 in between the cars but it was not there.
24 Q   So, as far as you know he never used it again?
25 A   No.

### Page 60

1 Q   Is that no he didn't use it?
2 A   No, he didn't use it.
3 Q   And as far as you know did anyone else in your
4 family ever use that snow thrower again after the accident?
5 A   No, nobody used it.
6 Q   And as far as you know did anyone do any
7 mechanical work on the snow thrower after the accident?
8 A   No.
9 Q   Do you know if the snow thrower was damaged in the
10 accident?
11 A   I don't think it was damage.
12 Q   Do you know what part or component of the snow
13 thrower caused the injury to your husband's hand?
14 A   That there's a shoot and then he put his hand
15 inside that.
16 Q   Do you know what it was inside the shoot that
17 caused the damage to your husband's fingers?
18 A   Blades.
19 Q   Which blades are they, if you know?
20 A   What do you mean by which blades?
21 Q   Is there a name for the part or the component?
22 A   Yes. There is a name but I don't know.
23 Q   At one point in time did you know the name for
24 that?
25 A   Rotor or, not rotor, auger.