Exhibit K

# HOWD & LUDORF

## ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DoNFRANCISCO
JOHN J. RADSHAW, III◊
DeANN K. SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
jbogdanski@hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III°

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

January 6, 2004

**Via Facsimile and U.S. Mail**

Marc H. Vidone, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Re: Hemchandra Shertukde v. MTD Products, Inc.
H&L File No.: 72-13450

Dear Marc:

I have received your letter with Mr. Wilder's deposition exhibits, along with a copy of Mr. Wilder's December 23, 2003 letter to you.

In his letter, Mr. Wilder identifies certain additional work he has done in this matter with regard to looking into "the issue of utensils to clear blockages," and makes reference to a "snow clearing bar" provided by Honda. Mr. Wilder further states that he has also "looked into ways of more reliably preventing snow thrower impellers from rotating when an operator releases the auger/impeller control" and makes reference to a design that "might make use of a mechanical clutch to disconnect the impeller from the engine." Mr. Wilder indicates that he believes "this aspect should be more fully explored" and he is awaiting your approval before doing any further work.

Please advise immediately if: (1) the plaintiff intends to have Mr. Wilder do any additional work to address these design concepts and their potential

**HOWD & LUDORF**

Page 2
Letter to Atty. Vidone
January 6, 2004
Re:   Hemchandra Shertukde v. MTD Products, Inc.

application to the product and accident here at issue; and (2) if the plaintiff intends to supplement Mr. Wilder's report and expert disclosure to identify new or additional opinions Mr. Wilder will offer at trial beyond those set forth in his current report which we reviewed with him at his deposition.

As you know, our expert is in the process of preparing his opinions and his report in response to the opinions set forth in Mr. Wilder's report and deposition. If you now intend to have Mr. Wilder do additional work, and offer new or additional opinions, we need to know immediately so that we can respond appropriately.

Your prompt response to the above will be greatly appreciated.

Very truly yours,

John J. Bogdanski

JJB/llh
cc:   David W. Herrington, Esquire