UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEMCHANDRA SHERTUKDE | : CIVIL ACTION |
| VS. | : NO. 3:02CV620 MRK |
| MTD PRODUCTS, INC. | : APRIL 2, 2004 |

### Stipulation for Dismissal with Prejudice

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Hemchandra Shertukde, and the defendant, MTD Products, Inc., stipulate that this case may be dismissed, with prejudice and without costs or fees to any party.

PLAINTIFF, HEMCHANDRA SHERTUKDE

By_____
Gerald S. Sack
Federal Bar #ct05279
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
(203) 233-8251
gsack@sackspec.com
His Attorney

DEFENDANT, MTD PRODUCTS, INC.

By _____
John J. Bogdanski (#ct06217)
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
Its Attorney


DEFENDANT, MTD PRODUCTS, INC.

By _____
John J. Bogdanski (#ct06217)
On Behalf Of
David W. Herrington (#ct24231)
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Cleveland, OH 44131-2302
(216) 642-3342
Its Attorney

## CERTIFICATION

  This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 6th day of April, 2004.

Gerald S. Sack, Esquire
Marc H. Vidone, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

David W. Herrington, Esquire
Wegman, Hessler, Vanderburg & O'Toole
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH  44131

_____
John J. Bogdanski