```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

Hemchandra Shertukde

V.                              Case Number:  3:02cv620MRK

MTD Products, Inc.

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **44** - **ORDERED ACCORDINGLY**

Dated at New Haven, Connecticut, April 13, 2004.

```
                    KEVIN F. ROWE, CLERK


                    By: _____
                        Rita Warner
                        Deputy Clerk
```